No. 712. NICK ET AL. *v.* UNITED STATES. November 24, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and

decision of this application. *Messrs. Bryan Purteet* and *Warren E. Miller* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Arnold* and *Mr. Charles H. Weston* for the United States.